Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Estate of JOSEPH C. RUSZKIEWICZ, Deceased. MARYA K. MARTUSZEWSKA et al., as Executors of JOSEPH C. RUSZKIEWICZ, Deceased, Appellants; FRANKLIN B. ROGGER, Respondent.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

In the Matter of the Estate of EMMA B. LILLIBRIDGE, Deceased. MARGARET L. MATSON, Appellant; JOHN E. DURKIN, as Executor of EMMA B. LILLIBRIDGE, Deceased, Respondent.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEROY THORNBERG, Appellant.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

In the Matter of the Probate of the Will of PAUL KUBICA, Deceased. ADAM FELERSKI, Appellant; ALFRED KUBICA et al., Respondents.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

MICHAEL SIMONELLI, Appellant, v. JOHN DADDAZIO, Respondent.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PARSONS, Appellant.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBIE L. HOTCHKISS, Appellant.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLENN L. BUCK, Appellant, against LESTER B. RAPP et al., as Councilmen of the City of Rochester, et al., Respondents.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLENN L. BUCK, Appellant, against WILLIAM H. WOODWORTH, as City Assessor of the City of Rochester, et al., Respondents.—